Estelle Endel, Albert M. Endel, E. H. Baker and Jennie Wyatt, Appellants, vs. Marcus Endel as Administrator of the estate of Moses Endel, deceased, Appellee. (No. 2.)

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

*E. C. F. Sanchez,* for Appellants.

*Robt. E. Davis,* for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant, and the complainants appeal. Dismissed on motion of counsel for appellee.

Decision Per Curiam.